UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD JAMES HARRIS,<br><br>                Petitioner,<br><br>    v.<br><br>WASHINGTON STATE PENITENTIARY,<br><br>                Respondent. | CASE NO. 3:19-cv-05991-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 10), Objections to the Report and Recommendation (Dkt. 11), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 10). The habeas corpus petition (Dkt. 8) is dismissed without prejudice for failure to prosecute and to comply with a court order. Plaintiff's Objections (Dkt. 11) are not responsive to the Report and Recommendation (Dkt. 10) or Order to Amend § 2254 Petition (Dkt. 9).

1     (2) No certificate of appealability shall issue.

2     (3) The Clerk shall close the case and send copies of this order to petitioner and Judge

3 Creatura.

4     Dated this 22nd day of June, 2020.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge